UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 2, 2020

BRAULIO THORNE, *Individually And On Behalf Of All Other Persons Similarly Situated*,

                              Plaintiff,

          – against –

CASTAWAYS YACHT CLUB, INC.,

                              Defendant.

**ORDER**
19 Civ. 1291 (ER)

Ramos, D.J.:

The above-captioned action was filed on February 11, 2019.  Doc. 1.  Plaintiff has not served Defendant.  Accordingly, Plaintiff is directed to provide the Court with a status report **no later than April 16, 2020.**  Failure to comply with this Order may result in sanctions including dismissal for failure to serve and failure to prosecute.  See Fed. R. Civ. P. 4(m) and 41.

It is SO ORDERED.

Dated:  April 2, 2020
         New York, New York

_____
Edgardo Ramos, U.S.D.J.