UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRAULIO THORNE, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

               Plaintiffs,

                v.

CASTAWAYS YACHT CLUB, INC.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:19-cv-01291-ER

**Notice of Voluntary Dismissal**

Plaintiff(s), BRAULIO THORNE, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against CASTAWAYS YACHT CLUB, INC., with prejudice and without fees and costs.

Dated: New York, New York
      April 3, 2020

                              **GOTTLIEB & ASSOCIATES**

                              Jeffrey M. Gottlieb, Esq. (JG-7905)
                              150 East 18th Street, Suite PHR
                              New York, NY 10003
                              Phone: (212) 228-9795
                              Fax: (212) 982-6284
                              Jeffrey@Gottlieb.legal

                              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge